■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING ELLINGTON, Appellant.— Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.